MARY BENZ, DEFENDANT IN ERROR, v. CENTRAL RAIL-
ROAD COMPANY OF NEW JERSEY, PLAINTIFF IN
ERROR.

Submitted July 8, 1912—Decided November 18, 1912.

On error to the Supreme Court, whose opinion is reported
in 53 *Vroom* 197.

For the plaintiff in error, *Samuel Kalisch, Jr.*

For the defendant in error, *George Holmes.*

PER CURIAM.

· The judgment under review herein should be affirmed,
for the reasons expressed in the opinion delivered by Mr.
Justice Garrison in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
SWAYZE, TRENCHARD, VOORHEES, MINTURN, KALISCH, BO-
GERT, VREDENBURGH, CONGDON, WHITE, TREACY, JJ.   12.

*For reversal*—None.